U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 3 2006
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   3:94-CR-105-T |
| v. | ) | |
| | ) | |
| DONALD MACK MARTIN | ) | |

### ORDER

On March 5, 2006 this Court referred to the United States Magistrate Judge the following motions: Defendant's Petition for Writ of Mandamus (doc #152), Motion for Order to Compel (doc #153), Motion to Supplement and/or Reconsider . . .(doc # 163), Motion to Compel (doc # 166), Motion Requesting a Court Order Directing the Federal Bureau of Prisons (BOP) to Correct Sentence to Comply with this Court's Sentencing Judgment dated February 15, 1999 (doc# 171), Motion for an Expeditious Determination of Motions (doc# 172), and Ex Parte Motion Pursuant to Fed. R. Civ. P. Rules 12(b)(1), (7), and 60(b)(3) (doc # 173). The United States Magistrate Judge entered its Findings, Conclusions, and Recommendation with respect to the referred motions.

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _2_ day of __April__, 2006.

_____
UNITED STATES DISTRICT JUDGE